

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00186-CV

IN RE GO INTERESTS, LLC,                                    RELATORS
GREGORY M. OBERT,
GWENDOLYN OBERT, GO
HELICOPTERS, INC., HELITRANS
COMPANY, AND HILLTOP
COMMERCIAL HOLDINGS, INC.

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and motion for emergency stay and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for emergency stay are denied.

PER CURIAM

PANEL: DAUPHINOT, WALKER, and MEIER, JJ.

DELIVERED: June 7, 2011

---

[1]See Tex. R. App. P. 47.4, 52.8(d).